IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROY G. CAVAZOS,

    Petitioner,

v.                                                                                                  No. 2:24-cv-0309-DHU-KRS

HECTOR RIOS, *et al*,

    Respondents.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Petitioner's 28 U.S.C. § 2254 Habeas Petition (Doc. 1). Petitioner has not paid the $5 habeas filing fee or, alternatively, filed a motion to proceed *in forma pauperis*. Petitioner must cure this deficiency within thirty (30) days of entry of this Order. Any *in forma pauperis* motion must include a six-month inmate account statement. *See* 28 U.S.C. § 1915(a)(2). All filings must include the case number (No. 24-cv-309-DHU-KRS). Failure to timely comply with this Order will result in dismissal of the case.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner must either prepay the $5 filing fee or, alternatively, file a motion to proceed *in forma pauperis* along with a certified account statement reflecting transactions for a six-month period.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a blank motion to proceed *in forma pauperis*.

_____
UNITED STATES MAGISTRATE JUDGE