IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROY G. CAVAZOS,

    Petitioner,

v.                                              Case No. 2:24-cv-00309-DHU-KRS

HECTOR RIOS, Warden, and
ATTORNEY GENERAL for the
STATE of NEW MEXICO,

    Respondents.

## ORDER GRANTING MOTION FOR EXTENSION

THIS MATTER is before the Court on Respondents' Motion for an Extension of Time to Answer Roy G. Cavazos' *Pro Se* Petition for Writ of Habeas Corpus (the "Motion for Extension") (Doc. 1), in which Respondents seek a sixty (60) day extension to file their Answer to Petitioner Roy G. Cavazos' ("Petitioner") *pro se* petition for writ of habeas corpus. (Doc. 8). Respondents state they need additional time to answer because they have not received the audio recordings and/or transcripts from Petitioner's May 2017 jury trial and the June 20, 2023, evidentiary hearing in matter *State of New Mexico v. Roy G. Cavazos*, No. D-905-CR-2016-471. *Id.* at 1. Pursuant to D.N.M.LR-Civ. 7.1(a), Respondents did not determine whether Petitioner opposed the Motion for Extension. *Id.* at 2. Having considered the Motion for Extension and record of the case, the Court **GRANTS** Respondents' Motion for Extension.

**IT IS THEREFORE ORDERED** that Respondents shall file an answer to Petitioner Roy G. Cavazos' *pro se* Petitioner for Writ of Habeas Corpus, (Doc. 1), by **October 17, 2025**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE